# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LEILAH GEIST,<br><br>      Plaintiff,<br><br>v.<br><br>NCO FINANCIAL SYSTEMS, INC.,<br><br>      Defendants. | )<br>)<br>)<br>)<br>)   **Case No.: 2:10-cv-7351-AB**<br>)<br>)<br>)<br>)<br>) |

### STIPULATION TO DISMISS

TO THE CLERK:

    Pursuant to Rule 41.1(b), counsel for all parties hereto stipulate to the dismissal with prejudice without cost to either party.


| | |
|---|---|
| /S/ Aaron R. Easley | /S/ Craig Thor Kimmel |
| Aaron R. Easley, Esquire | Craig Thor Kimmel, Esquire |
| Attorney ID: | Attorney ID: 57100 |
| Attorney for Defendant, | Attorney for the Plaintiff |
| | |
| Date: June 8, 2011 | Date: June 8, 2011 |

BY THE COURT:

_____

                      J.