UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

LEILAH GEIST,

    Plaintiff,

v.

NCO FINANCIAL SYSTEMS, INC.,

    Defendants.

Case No.: 2:10-cv-7351-AB

STIPULATION TO DISMISS

TO THE CLERK:

Pursuant to Rule 41.1(b), counsel for all parties hereto stipulate to the dismissal with prejudice without cost to either party.

/S/ Aaron R. Easley
Aaron R. Easley, Esquire
Attorney ID:
Attorney for Defendant,

/S/ Craig Thor Kimmel
Craig Thor Kimmel, Esquire
Attorney ID: 57100
Attorney for the Plaintiff

Date: June 8, 2011

Date: June 8, 2011

BY THE COURT:

_____ J.
6/10/11

Copies via ECF on _____   Copies via US Mail on _____